

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2017

No. 04-17-00317-CV

LLoyd Hurt **KELLNER**, Trent C. Kellner, Linda Cunningham, Independent Administrator of The Estate of William Smith Nelson, Jr., Billie Alleen Kuhnel, Michael James Dworaczyk, Evelyn Hartman, Katherine Zaiontz, Otto Leo Henke, Jr., Patricia Ann Henke et al,
Appellants

v.

**XTO ENERGY, INC**., Newfield Exploration Company, Imperial Oil Company, Momentum Oil & Gas, LLC and Modelo Energy, LLC,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 15-09-0864-CVA
Honorable Russell Wilson, Judge Presiding

## ORDER

The Appellees' Newfield Exploration Company, Momentum Oil & Gas, LLC, and Modelo Energy, LLC, Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellees' brief is this date GRANTED. Time is extended to November 29, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:
John Bruster Loyd
4400 Post Oak Parkway, Suite 2360
Houston, TX 77027

Travis Charles Barton
600 Congress Ave Ste 2100
Austin, TX 78701-2986

Reagan Marble
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

James M. Truss
112 E Pecan St., Suite 1800
San Antonio, TX 78205-1521

Christopher Knop
4801 Woodway, Suite 335W
Houston, TX 77056

April E. Lucas
600 Congress Avenue, Suite 2100
Austin, TX 78701